UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER R. RUMBIN,

         Plaintiff,

  v.

SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, et al.,

         Defendants.

Case No. 1:26-cv-10247

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1442(a), Scott Bessent, in his official capacity as Secretary of the Treasury, and the U.S. Department of Education (together, the "Federal Defendants") respectfully file this Notice of Removal from the Massachusetts Superior Court (Essex County) to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, the Federal Defendants assert as follows.[1]

## I.    BACKGROUND

1.    Pro se Plaintiff Peter R. Rumbin filed this lawsuit against the Federal Defendants and several non-federal defendants in Massachusetts Superior Court (Essex County), captioned *Peter R. Rumbin v. Scott Bassent [sic] In his/her capacity as Department of The US Treasury et al*, No. 2577CV00816. Plaintiff has yet to properly serve the summons and a copy of the complaint on the Federal Defendants. A copy of the complaint is attached as Exhibit A. In addition, a copy of the state court docket is attached as Exhibit B.

---

[1] By filing this Notice of Removal, the Federal Defendants reserve all rights and waive none, including the right to challenge the complaint on any grounds.

## II.    ALLEGATIONS

2.    Plaintiff alleges that the U.S. Department of the Treasury has wrongfully offset certain payments to him based on debts to the U.S. Department of Education that he claims he no longer owes.  *See* Exhibit A at 2–3.

## III.    GROUNDS FOR REMOVAL

3.    This action is removable pursuant to the federal officer removal statute, which authorizes "[t]he United States or any agency thereof" to remove a civil action "that is commenced in a State court and that is against or directed to" it.  28 U.S.C. § 1442(a)(1).  The statute also authorizes "any officer (or any person acting under that officer) of the United States or of any agency thereof" to remove a civil action "for or relating to any act under color of such office."  *Id.*

4.    The U.S. Department of Education is an agency of the United States and Secretary Bessent is an officer of the United States.

## IV.    COMPLIANCE WITH REMOVAL PROCEDURE

1.    The United States District Court for the District of Massachusetts embraces the location where the state court action is pending: the Massachusetts Superior Court (Essex County). 28 U.S.C. § 1442(a).

2.    This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.  28 U.S.C. § 1446(a).

3.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Essex County Superior Court, and written notice of the filing of this Notice of Removal will be given to all adverse parties.

4.      Pursuant to Local Rule 81.1(a), the Federal Defendants will file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court within 28 days after filing this Notice for Removal.

WHEREFORE, the Federal Defendants hereby remove the action now pending in the Massachusetts Superior Court (Essex County) to this Court and request that this Court accept this Notice of Removal for filing in accordance with the provisions of 28 U.S.C. § 1442(a).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated:  January 21, 2026          By:      */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that this document will be served upon all parties through their counsel at the following addresses:

**Peter R. Rumbin**
Pro se
87 Second St.
Hamden, CT 06514

**Sheri Cann**
Antonio Calvagno, Esq.
58 Bailey Ct
Haverhill, MA  01832

**Ellen R. Patterson**
Judah Herzl Rome, Esq.
Troutman Pepper Locke LLP
2800 Financial Plaza
Providence, RI  02903

**Elizabeth Shanin**
Alexandra Arnold, Esq.
Daniel Cloherty, Esq.
Cloherty and Steinberg LLP
One Financial Center
Suite 1120
Boston, MA  02111

/s/ Michael L. Fitzgerald
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

4