UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER RUMBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION; SHERI CANN *in her official capacity as CEO and President of F.H. Cann & Associates*; SCOTT BASSENT *in his official capacity as Secretary of the Department of the U.S. Treasury*; ELLEN PATTERSON *in her official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.*; and ELIZABETH SHANIN, *in her official capacity as Interim Vice President and General Counsel of the University of Chicago*,<br><br>    Defendants. | Civil Action No. 1:26-cv-10247-ADB |

## **NOTICE OF APPEARANCE**

Please notice my appearance as counsel for Defendants University of Chicago and Elizabeth Shanin in the above-captioned case.

                                                                               Respectfully submitted,

                                                                               */s/ Alexandra Arnold*
                                                                               Alexandra Arnold (BBO #706208)
                                                                               aarnold@clohertysteinberg.com
                                                                               CLOHERTY & STEINBERG LLP
                                                                               One Financial Center, Suite 1120
                                                                               Boston, MA 02111
                                                                               617-481-0160

Dated: January 21, 2026