UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER R. RUMBIN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION, MS. SHERI CANN, CEO, PRESIDENT, F.H. CANN & ASSOCIATES, SCOTT BESSENT, DEPARTMENT OF THE U.S. TREASURY, ELLEN R. PATTERSON, SENIOR EX. V.P., GENERAL COUNSEL, WELLS FARGO & CO., ELIZABETH SHANIN, V.P. & GENERAL COUNSEL, UNIVERSITY OF CHICAGO,<br><br>    Defendants. | CIVIL ACTION NO.  1:26-cv-10247-ADB |

## NOTICE OF APPEARANCE

Appearance is hereby entered by Judah H. Rome on behalf of Defendant Ellen R. Patterson, named in her capacity as Executive Vice President & General Counsel of Wells Fargo & Co.

Dated:  January 22, 2026

Respectfully submitted:

*/s/ Judah H. Rome*
Judah H. Rome
BBO# 695997
TROUTMAN PEPPER LOCKE LLP
One Financial Plaza
Suite 2800
Westminster Street
Providence, RI 02903
Phone: 401-276-6433
Email: judah.rome@troutman.com

*Attorneys for Defendant*
*Ellen R. Patterson*

1

324551601v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I caused a true and accurate copy of the foregoing to electronically served via CM/ECF system. Additionally, copies were sent via U.S. mail to the following:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

>*/s/ Judah H. Rome*
>Judah H. Rome