COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| ESSEX, ss. | SUPERIOR COURT DEPARTMENT |
| PETER R. RUMBIN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2577CV00816 |
| OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION, MS. SHERI CANN, CEO, PRESIDENT, F.H. CANN & ASSOCIATES, SCOTT BESSENT, DEPARTMENT OF THE U.S. TREASURY, ELLEN R. PATTERSON, SENIOR EX. V.P., GENERAL COUNSEL, WELLS FARGO & CO., ELIZABETH SHANIN, V.P. & GENERAL COUNSEL, UNIVERSITY OF CHICAGO, | |
| Defendants. | |

**DEFENDANT ELLEN R. PATTERSON'S**
**MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rules 8, 12(b)(2), and 12(b)(6) of the Massachusetts Rules of Civil Procedure, Defendant Ellen R. Patterson ("Ms. Patterson"), named in her capacity as Executive Vice President & General Counsel of Wells Fargo & Co., hereby moves this Court to dismiss Plaintiff Peter R. Rumbin's ("Plaintiff") Complaint. This Court does not have personal jurisdiction over Ms. Patterson. In addition, the Complaint fails to contain a short and plain statement of the claim showing that the pleader is entitled to relief and fails to state a claim upon which relief can be granted as to Ms. Patterson. Thus, the Complaint should be dismissed in its entirety as to Ms. Patterson, with prejudice.

WHEREFORE, Defendant Ellen R. Patterson respectfully requests that the Court issue an Order granting her Motion to Dismiss. The grounds for this motion are more fully set forth in the Memorandum of Law being contemporaneously filed herewith.

Dated: November 24, 2025

Respectfully submitted:

*/s/ Judah H. Rome*
Judah H. Rome
BBO# 695997
TROUTMAN PEPPER LOCKE LLP
One Financial Plaza
Suite 2800
Westminster Street
Providence, RI 02903
Phone: 401-276-6433
Email: judah.rome@troutman.com

*Attorneys for Defendant*
*Ellen R. Patterson*

**CERTIFICATION PURSUANT TO MASSACHUSETTS SUPERIOR COURT RULE 9C**

On November 20, 2025, Judah H. Rome, undersigned counsel for Defendant Ellen R. Patterson, attempted to contact Plaintiff Peter R. Rumbin via two separate email addresses, by telephone, and by US Mail in order to have a good faith conference with Mr. Rumbin to narrow areas of disagreement to the fullest extent possible. However, I was unable to reach Mr. Rumbin, and Mr. Rumbin never returned my phone call, emails, or letter.

*/s/ Judah H. Rome*
Judah H. Rome (BBO# 695997)

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I caused a true and accurate copy of the foregoing to be sent via U.S. mail to the following:

| | |
|---|---|
| Peter R. Rumbin | Katia Baltimore |
| 87 Second Street | 188 Crocket Court |
| Hamden, CT 06514 | Orange, CT 06472 |

The foregoing was additionally served by email on all counsel of record.

*/s/ Judah H. Rome*
Judah H. Rome

3

322363769v1