COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| ESSEX, ss. | SUPERIOR COURT DEPARTMENT |
| PETER R. RUMBIN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2577CV00816 |
| OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION, MS. SHERI CANN, CEO, PRESIDENT, F.H. CANN & ASSOCIATES, SCOTT BESSENT, DEPARTMENT OF THE U.S. TREASURY, ELLEN R. PATTERSON, SENIOR EX. V.P., GENERAL COUNSEL, WELLS FARGO & CO., ELIZABETH SHANIN, V.P. & GENERAL COUNSEL, UNIVERSITY OF CHICAGO, | |
| Defendants. | |

**DEFENDANT ELLEN R. PATTERSON'S REPLY MEMORANDUM
IN SUPPORT OF HER MOTION TO DISMISS THE COMPLAINT**

Defendant Ellen R. Patterson ("Ms. Patterson") named in her capacity as Executive Vice President and General Counsel of Wells Fargo & Co., by counsel, hereby submits this Reply Memorandum in further support of her Motion to Dismiss. This Court should allow Ms. Patterson's Motion and Dismiss all claims against her with prejudice because Plaintiff has not rebutted the legal arguments that were raised in Ms. Patterson's Memorandum of Law.

**I.    INTRODUCTION**

Even giving Plaintiff the benefit of the doubt and every accommodation that can be afforded to a *pro se* litigant, his pleading entitled "Plaintiff's Objection to the Defendant, Ellen R. Paterson's (*sic*) Motion to Dismiss, and Arguments for Levying Damages and Cessation of Further

Litigation Against the Plaintiff, Peter R. Rumbin" (hereinafter, the "Opposition") is nonsensical. Plaintiff's Opposition fails to show how the Complaint connects Ms. Patterson or Wells Fargo to Plaintiff's alleged injuries. In her Motion to Dismiss, Ms. Patterson identified five independent reasons Plaintiff's Complaint should be dismissed: (1) the Complaint fails to contain a short and plain statement demonstrating Plaintiff is entitled to relief from Ms. Patterson; (2) the Complaint fails to state a claim upon which relief may be granted; (3) Plaintiff's claims are barred by the doctrine of *res judicata*; (4) any claim related to predatory lending is time-barred; and (5) Ms. Patterson is not able to produce Plaintiff with the requested relief. In his Opposition, Plaintiff does not rebut these arguments such that the Complaint may survive.

## II. ARGUMENT

Plaintiff's rambling argument in his Opposition does nothing to address the deficiencies in his Complaint. Plaintiff's Opposition attempts to push back on two of Ms. Patterson's legal arguments: (1) that service was improper (*see* Opp. at *1-2); and (2) that *res judicata* does not apply (*see* Opp at *5). However, Plaintiff does not cite a single case, allegation from his Complaint, or other fact to support his arguments. And, even if Plaintiff is correct that service was proper and *res judicata* does not apply (he is not), Ms. Patterson has raised other arguments that are more than sufficient for this Court to dismiss Plaintiff's Complaint with prejudice.

Moreover, in an effort to try to make sense of his claims, in the Opposition, Plaintiff seeks to add a new factual allegation, claiming that Wells Fargo acquired Connecticut Savings Banks in 2010. *See* Opp at * 2. This fact was not alleged in the Complaint and, as such, is not appropriately considered at the Motion to Dismiss phase. *See Fletcher Fixed Income Alpha Fund, Ltd. v. Grant Thornton LLP*, 89 Mass. App. Ct. 718, 727, 54 N.E.3d 570, 578 (2016) (holding that at the motion to dismiss phase, "[t]he plaintiff's claim must be based on facts set forth in the complaint; all

materials outside the pleadings are excluded in this review"). But even if it were properly alleged, the fact that Wells Fargo acquired another bank in 2010 does not discount in any manner the issues raised in Ms. Patterson's Motion to Dismiss.

## III.     CONCLUSION

For the reasons stated herein and those stated in Ms. Patterson's Motion and accompanying Memorandum of Law, this Court should dismiss Plaintiff's Complaint with prejudice.

Dated:  December 16, 2025                                  Respectfully submitted:


                                                           */s/ Judah H. Rome*
                                                           Judah H. Rome
                                                           BBO# 695997
                                                           TROUTMAN PEPPER LOCKE LLP
                                                           One Financial Plaza
                                                           Suite 2800
                                                           Westminster Street
                                                           Providence, RI 02903
                                                           Phone: 401-276-6433
                                                           Email: judah.rome@troutman.com

                                                           *Attorneys for Defendant*
                                                           *Ellen R. Patterson*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused a true and accurate copy of the foregoing to be sent via U.S. mail to the following:

| | |
|---|---|
| Peter R. Rumbin | Katia Baltimore |
| 87 Second Street | 188 Crocket Court |
| Hamden, CT 06514 | Orange, CT 06472 |

The foregoing was additionally served by email on all counsel of record.

                                  */s/ Judah H. Rome*
                                  Judah H. Rome