COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| ESSEX, ss. | SUPERIOR COURT DEPARTMENT |
| PETER R. RUMBIN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.  2577CV00816 |
| OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION, MS. SHERI CANN, CEO, PRESIDENT, F.H. CANN & ASSOCIATES, SCOTT BESSENT, DEPARTMENT OF THE U.S. TREASURY, ELLEN R. PATTERSON, SENIOR EX. V.P., GENERAL COUNSEL, WELLS FARGO & CO., ELIZABETH SHANIN, V.P. & GENERAL COUNSEL, UNIVERSITY OF CHICAGO, | |
| Defendants. | |

**NOTICE OF FILING AND LIST OF DOCUMENTS FILED
PURSUANT TO RULE 9A**

Defendant Ellen R. Patterson ("Ms. Patterson") named in her capacity as Executive Vice President and General Counsel of Wells Fargo & Co., by counsel, hereby states that the following documents were filed in accordance with Superior Court Rule 9A this day, December 16, 2025:

1. Defendant Ellen R. Patterson's Motion to Dismiss;

2. Memorandum in Support of Defendant's Motion to Dismiss;

3. Plaintiff Peter R. Rumbin's Objection to the Defendants Motion to Dismiss;

4. Defendant, Ellen R. Patterson's Reply Memorandum in Support of her Motion to Dismiss; and

5. Notice of Filing and List of Documents Filed Pursuant to Rule 9A.

1

322772346v1

Dated:  December 16, 2025                                   Respectfully submitted:


                                                            */s/ Judah H. Rome*
                                                            Judah H. Rome
                                                            BBO# 695997
                                                            TROUTMAN PEPPER LOCKE LLP
                                                            One Financial Plaza
                                                            Suite 2800
                                                            Westminster Street
                                                            Providence, RI 02903
                                                            Phone: 401-276-6433
                                                            Email: judah.rome@troutman.com

                                                            *Attorneys for Defendant*
                                                            *Ellen R. Patterson*


## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused a true and accurate copy of the foregoing to be sent via U.S. mail to the following:


Peter R. Rumbin                                             Katia Baltimore
87 Second Street                                            188 Crocket Court
Hamden, CT 06514                                            Orange, CT  06472


The foregoing was additionally served by email on all counsel of record.

                                        */s/ Judah H. Rome*
                                        Judah H. Rome

2

322772346v1