COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                    SUPERIOR COURT DEPARTMENT

| | |
|---|---|
| PETER RUMBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION; SHERI CANN *in her official capacity as CEO and President of F.H. Cann & Associates*; SCOTT BASSENT *in his official capacity as Secretary of the Department of the U.S. Treasury*; ELLEN PATTERSON *in her official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.*; and ELIZABETH SHANIN, *in her official capacity as Interim Vice President and General Counsel of the University of Chicago*,<br><br>    Defendants. | Civil Action No. 2577CV00816 |

### **NOTICE OF FILING**

Pursuant to Superior Court Rule 9A, Defendants the University of Chicago and Elizabeth Shanin (collectively, the "University") hereby give notice to all counsel of record that the following documents are being filed with the Court in the above-captioned case in connection with the University's Motion to Dismiss:

1. The University's Motion to Dismiss

2. The University's Memorandum in Support of Its Motion to Dismiss

3. Rumbin's Opposition to the University's Motion to Dismiss

4. The University's Reply in Support of Its Motion to Dismiss

5. Certificate of Compliance with Rule 9C (appended to Motion to Dismiss)

      6. Certificates of Service (appended to each relevant document)

Respectfully submitted,

UNIVERSITY OF CHICAGO and
ELIZABETH SHANIN

By their attorneys,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Alexandra Arnold (BBO #706208)
aarnold@clohertyspteinberg.com
Cloherty & Steinberg LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

December 10, 2025

## CERTIFICATE OF SERVICE

    I, Daniel J. Cloherty, hereby certify that on December 10, 2025, a copy of the foregoing pleading was served via first class mail upon:

| | |
|---|---|
| Peter Rumbin | Katia Baltimore |
| 87 Second Street | 188 Crocket Court |
| Hamden, CT 06514 | Orange, CT 06472 |

    The foregoing was additionally served by email on all counsel of record.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty