UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER R. RUMBIN,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, et al.,<br><br>    Defendants. | Case No. 26-cv-10247-ADB |

## MEMORANDUM IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS

Defendants Scott Bessent, in his official capacity as Secretary of the Treasury, and the U.S. Department of Education (together, the "Federal Defendants"), respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiff's complaint for lack of jurisdiction and for failure to state a claim, as further described in the accompanying memorandum of law.

WHEREFORE, the Federal Defendants respectfully request that the Court allow this motion and dismiss the complaint.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>LEAH B. FOLEY<br>United States Attorney |
| Dated: January 28, 2026 | By:  */s/ Michael L. Fitzgerald*<br>MICHAEL L. FITZGERALD<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Ste. 9200<br>Boston, MA 02210<br>(617) 748-3266<br>michael.fitzgerald2@usdoj.gov |

## LOCAL RULE 7.1 CERTIFICATION

I certify that I attempted to confer with the pro se Plaintiff by phone in good faith to resolve or narrow the issues presented by this motion, but was unable to reach him.

                                                  */s/ Michael L. Fitzgerald*
                                                  MICHAEL L. FITZGERALD
                                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants:

**Peter R. Rumbin**
Pro se
87 Second St.
Hamden, CT 06514

**Sheri Cann**
Antonio Calvagno, Esq.
58 Bailey Ct
Haverhill, MA  01832

                                                  */s/ Michael L. Fitzgerald*
                                                  MICHAEL L. FITZGERALD
                                                  Assistant U.S. Attorney