UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER R. RUMBIN,<br><br>      Plaintiff,<br><br>v.<br><br>SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*, et al.,<br><br>      Defendants. | Case No. 26-cv-10247-ADB |

## NOTICE OF FILING OF STATE COURT RECORDS

Pursuant to Local Rule 81.1(a), Defendants Scott Bessent, in his official capacity as Secretary of the Treasury, and the U.S. Department of Education (together, the "Federal Defendants"), respectfully submit the attached certified copies of all records and proceedings and all docket entries in the state court, the Superior Court of Massachusetts (Essex County), as Exhibits 1 – 19.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated:  February 18, 2026          By:     */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants:

**Peter R. Rumbin**
Pro se
87 Second St.
Hamden, CT 06514

**Sheri Cann**
Antonio Calvagno, Esq.
58 Bailey Ct
Haverhill, MA  01832

                    */s/ Michael L. Fitzgerald*
                    MICHAEL L. FITZGERALD
                    Assistant U.S. Attorney