Reset Form

# CIVIL ACTION COVER SHEET
Help-Party Information

DOCKET NUMBER: 2577CV00816 D

**Massachusetts Trial Court Superior Court**
COUNTY

**Plaintiff** Peter R. Rumbin
ADDRESS 87 Second St.
Hamden, Conn. 06514

**Defendant:** US Dept of Ed
ADDRESS Office of the General Counsel
400 Maryland Ave. SW
Washington, DC 20202 see attached

**Plaintiff Attorney:** Ira B. Grudberg
ADDRESS 114 Laurel Crest Rd.
Madison, CT 06443

**Defendant Attorney** additional Defendants
ADDRESS.

BBO·

BBO·

Add Parties   Remove Parties

## TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| BG1 | Fin. Institutions | A | YES   X NO |

*If "Other" please describe: Student loan predatory lending

Is there a claim under G.L. c. 93A? Yes         Is there a class action under Mass. R. Civ. P. 23? Yes
Won case by stipulated     NO    Sweet vs Cordona, 2024    YES       NO US Dist. No. Cal
ageement of def.dismissed with prejudice against them(1990, I.B.Grudberg, esq)    Harvard L.Sch et al

STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages
(Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only)

### TORT CLAIMS

A. Documented medical expenses to date
  1. Total hospital expenses
  2. Total doctor expenses
  3. Total chiropractic expenses
  4. Total physical therapy expenses
  5. Total other expenses (describe below)

FILED
IN THE ESSEX SUPEIOR COURT
JUL 29 2025
THOMAS. H. DRISCOLL
CLERK OF COURTS

Subtotal (1-5): $0 00

B  Documented lost wages and compensation to date
C. Documented property damages to date
D  Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F  Other documented items of damages (describe below)

Offsets, debts, legal costs, punitive, &Tort
SEE Complaint                           TOTAL (A-F)   $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

### CONTRACT CLAIMS

This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement Mass R. Civ. P. 8 1(a)

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | $5,000 student loan c.$890 (Wells Fargo Bank)? | C. $6,000 |
|  | $16,000 F.H.Cann & Associates, No. Andover, Mass.  Total | C. $16,000 |
|  | Offsets C. $12,000-14,000+ (US Treasury & ED.) | Add Claim  Delete Claim |

Signature of Attorney/Self-Represented Plaintiff. X /s/                Date: Feb 5, 2025

RELATED ACTIONS: Please provide the case number. case name, and county of any related actions pending in the Superior Court.

CERTIFICATION UNDER S.J.C.

A TRUE COPY ATTEST
DEPUTY ASST. CLERK

| | |
|---|---|
| I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution. | |
| Signature of Attorney: X  /S/  *Peter P. Spadea* | Date: October 5, 2024 |
| SC0001: 02/24    www.mass.gov/courts | Date/Time Printed:08-22-2024 13:36:5 |

SHERI L ANN, CEO, president

Defendants: F.H. Cann & Associates, 1600 Osgood Street, Suite 3058,
North Andover, Mass. TEL 877-750-9804

Department of The Treasury, SCOTT BASSENT
1500 Pennsylvania Ave.NW
Washington,DC 20220,Tel (202)-622-2000

Ellen R. Patterson, Senior Executive Vice President, General
                              Counsel
Wells Fargo & Company, Corporate Offices
420 Montgomery Street, San Francisco, CAL.94104

Elizabeth Shanin, Interim Vice President and General
                              Counsel
The University of Chicago
Edward H, Levi Hall, Suite 619
5801 S. Ellis Ave.
Chicago, Illinois 60637
Tel 773-7028873

---

COMPLAINT:  Please see attached writ of certiorari and
            addendum and documents.
            COMPLAINT

| STATEMENT OF DAMAGES G.L. c. 218, § 19A(a) | DOCKET NO. | Trial Court of Massachusetts |
|---|---|---|
| PLAINTIFF(s) Peter R. Rumbin | DEFENDANT(s) US Dept of ED, U of Chicago, F.H. Cann, Wells Fargo Bank, US Treasury | DATE FILED FEB 5-3, 2025 |
| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT AND BOSTON MUNICIPAL COURT CIVIL ACTIONS SEEKING MONEY DAMAGES. | | COURT DIVISION Superior Court-Mass-Civil |

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
| 1. Total hospital expenses: | $ |
| 2. Total doctor expenses: | $ |
| 3. Total chiropractic expenses: | $ |
| 4. Total physical therapy expenses: | $ |
| 5. Total other expenses (describe) _____ | $ |
| SUBTOTAL: | $ |
| B. Documented lost wages and compensation to date: | $ |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonable anticipated lost wages: | $ |
| F. Other documented items of damage (describe): Offsets, legal fees, Debts, Class Action: Sweet v. Cordona, writs(2), Briefs etc. | c$40723 |
| G. Brief description of Plaintiff's injury, including nature and extent of injury: Predatory lending etc. Loss of credit, loss of educational and career opportunities etc. | |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $ 50,000-74,000+ |

Stamp: FILED IN THE ESSEX SUPERIOR COURT JUL 29 2025 THOMAS H. DRISCOLL CLERK OF COURTS

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| ☒ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a) | |
| Provide a detailed description of the claim(s) The Court hAS POWER TO GRANT ANY APPROPRIATE LEGAL OR EQUITABLE RELIEF FOR violations of federal (&state) consumer financial law, refund of monies, paid restitution, disengagement, or compensation for unjust enrichment, & civil money penalties. | $ $ $ |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $ 100+ millions |

| ATTORNEY FOR PLAINTIFF (OR UNREPRESENTED PLAINTIFF) | DEFENDANT'S NAME AND ADDRESS: (see attached) |
|---|---|
| Peter R. Rumbin       Dec 23, 2024 SIGNATURE                                    DATE | Office of the General Counsel |
| Peter R. Rumbin PRINT OR TYPE NAME                       B.B.O. # | US Dept of ED, 400 Maryland Ave. SW |
| 87 Second St. ADDRESS Hamden, CT 06514 | Washington, DC 20202 |

CERTIFICATION PURSUANT TO SJC RULE 1:18: I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Ira B. Grudberg, ESQ
Signature of Attorney on Record:                                    Date: FEB 5, 2025

12.18