3

Antonio Calvagno, Esq.
c/o F.H. Cann & Associates, Inc
1600 Osgood St., Suite 3058
North Andover, MA 01845
Phone: 978.973.8593
Email: acalvagno@fhcann.com

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT – ESSEX COUNTY

FILED
ESSEX SUPERIOR COURT
2025 NOV 19 P 12: 04

| | |
|---|---|
| PETER R. RUMBIN,<br><br>   Plaintiff,<br><br>vs.<br><br>○ OFFICE OF THE GENERAL COUNSEL, US DEPT OF EDUCATION,<br>○ MS. SHERI CANN, CEO, PRESIDENT, F. H. CANN & ASSOCIATES (NORTH ANDOVER, MASS),<br>○ SCOTT BASSENT, DEPARTMENT OF THE US TREASURY,<br>○ ELLEN R. PATTERSON, SENIOR EX. VP, GENERAL COUNSEL, WELLS FARGO & CO.,<br>○ ELIZABETH SHAN IN, VP & GENERAL COUNSEL, UNIVERSITY OF CHICAGO,<br>   Defendants | Case No.: 2577CV00816<br><br>DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) For Failure to State a Claim Upon Which Relief Can Be Granted |

A TRUE COPY, ATTEST
_____
DEPUTY ASST. CLERK

NOW COMES the Defendant, F.H. Cann & Associates, Inc. ("FHC"), by and through its undersigned counsel, and respectfully moves this Honorable Court to dismiss Plaintiff's Complaint in its entirety pursuant to Mass. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted.

DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED - 1

## BACKGROUND

1. FHC is a corporation duly organized under the laws of the Commonwealth of Massachusetts, with its principal place of business at 1600 Osgood Street, Suite 3058, North Andover, MA 01845.

2. Sheri A. Cann, is FHC's President and CEO.

3. FHC provides, among other services, debt collection services.

4. In September 2014, FHC was awarded a contract by the U.S. Department of Education ("DOE") to provide debt collection services. <u>This contract was terminated in November 2021.</u>

5. Plaintiff was the debtor on an account placed by DOE with FHC for collection.

6. Legal proceedings and the substance of Plaintiff's allegations predate FHC's contract with DOE and in some respects FHC's incorporation.

## PLAINTIFF'S REQUESTED RELIEF AND DEFENDANT'S ARGUMENT

Plaintiff seeks:

7. <u>Cease and desist of alleged unlawful seizure of property and monies.</u>
Plaintiff does not allege FHC has seized any property or funds. Since November 2021, FHC has not provided any services to the DOE and therefore lacks any ability to seize Plaintiff's property or funds.

8. <u>Return of all monies allegedly seized, with interest.</u>
Plaintiff does not allege FHC holds any funds belonging to the Plaintiff. FHC does not hold any funds collected on behalf of DOE. Any monies collected during the contract term were promptly remitted to DOE, including any payments, if any, made by Plaintiff.

DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED - 2

9. <u>Court order preventing further taking of funds or property</u>.

   A Court order against FHC preventing further taking of funds or property is not appropriate since FHC has not engaged in any collection activity on behalf of DOE since termination of the contract in November 2021 and thus has no ability to take any funds from Plaintiff.

10. <u>Reimbursement of legal fees</u>.

    Plaintiff does not allege any wrongful conduct by FHC that would justify reimbursement of legal fees.

11. <u>Counterclaims under predatory lending and consumer protection laws</u>.

    FHC acted solely as a collection agency under its contract with DOE and is not responsible for any lending activities or alleged predatory practices.

**CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that this Court **dismiss Plaintiff's Complaint in its entirety with prejudice** pursuant to Mass. R. Civ. P. 12(b)(6).

**Respectfully submitted,**

Dated this 19th day of November 2025.

*Antonio Calvagno*
Antonio Calvagno, Esq.

DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED - 3

# CERTIFICATE OF SERVICE

I hereby certify that on 11/19/2025 a true copy of the above document was served by certified mail upon:

- PETER R. RUMBIN, 87 Second St., Hamden, CT 06514

- KATIA BALTIMORE, 188 Crocker Court, Orange, CT 06472

November 19, 2025.

*/s/ Antonio Calvagno*
Antonio Calvagno, Esq.