COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| ESSEX, ss. | SUPERIOR COURT DEPARTMENT |
| PETER R. RUMBIN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2577CV00816 |
| OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION, MS. SHERI CANN, CEO, PRESIDENT, F.H. CANN & ASSOCIATES, SCOTT BESSENT, DEPARTMENT OF THE U.S. TREASURY, ELLEN R. PATTERSON, SENIOR EX. V.P., GENERAL COUNSEL, WELLS FARGO & CO., ELIZABETH SHANIN, V.P. & GENERAL COUNSEL, UNIVERSITY OF CHICAGO, | |
| Defendants. | |

### NOTICE OF APPEARANCE

Appearance is hereby entered by Judah H. Rome on behalf of Defendant Ellen R. Patterson, named in her capacity as Executive Vice President & General Counsel of Wells Fargo & Co.

Dated: November 20, 2025

Respectfully submitted:

*/s/ Judah H. Rome*
Judah H. Rome
BBO# 695997
TROUTMAN PEPPER LOCKE LLP
One Financial Plaza
Suite 2800
Westminster Street
Providence, RI 02903
Phone: 401-276-6433
Email: judah.rome@troutman.com

*Attorneys for Defendant*
*Ellen R. Patterson*

A TRUE COPY ATTEST
[signature]
DEPUTY ASST. CLERK

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I caused a true and accurate copy of the foregoing to be sent via U.S. mail to the following:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

Antonio Calvagn, Esq.
c/o F.H. Cann & Associates, Inc.
1600 Osgood Street, Suite 3058
North Andover, MA 01845

/s/ Judah H. Rome
Judah H. Rome