COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                          SUPERIOR COURT DEPARTMENT

| | |
|---|---|
| PETER RUMBIN, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION; SHERI CANN *in her official capacity as CEO and President of F.H. Cann & Associates*; SCOTT BASSENT *in his official capacity as Secretary of the Department of the U.S. Treasury*; ELLEN PATTERSON *in her official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.*; and ELIZABETH SHANIN, *in her official capacity as Interim Vice President and General Counsel of the University of Chicago*, <br><br> Defendants. | Civil Action No. 2577CV00816 |

## NOTICE OF APPEARANCE

Please notice my appearance as counsel for Defendants University of Chicago and Elizabeth Shanin in the above-captioned case.

Respectfully submitted,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: November 20, 2025

A TRUE COPY ATTEST
DEPUTY ASST. CLERK

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                              SUPERIOR COURT DEPARTMENT

PETER RUMBIN,

    Plaintiff,

v.                                                      Civil Action No. 2577CV00816

OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION; SHERI CANN *in her official capacity as CEO and President of F.H. Cann & Associates*; SCOTT BASSENT *in his official capacity as Secretary of the Department of the U.S. Treasury*; ELLEN PATTERSON *in her official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.*; and ELIZABETH SHANIN, *in her official capacity as Interim Vice President and General Counsel of the University of Chicago*,

    Defendants.

## **NOTICE OF APPEARANCE**

Please notice my appearance as counsel for Defendants University of Chicago and Elizabeth Shanin in the above-captioned case.

                                                  Respectfully submitted,

                                                  */s/ Alexandra Arnold*
                                                  Alexandra Arnold (BBO #706208)
                                                  aarnold@clohertysteinberg.com
                                                  CLOHERTY & STEINBERG LLP
                                                  One Financial Center, Suite 1120
                                                  Boston, MA 02111
                                                  617-481-0160

Dated: November 20, 2025