Date Filed 11/20/2025 4:46 PM
Superior Court - Essex
Docket Number 2577CV00816

4

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| ESSEX, ss. | SUPERIOR COURT DEPARTMENT |

PETER RUMBIN,

    Plaintiff,

    v.

OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION; SHERI CANN *in her official capacity as CEO and President of F.H. Cann & Associates*; SCOTT BASSENT *in his official capacity as Secretary of the Department of the U.S. Treasury*; ELLEN PATTERSON *in her official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.*; and ELIZABETH SHANIN, *in her official capacity as Interim Vice President and General Counsel of the University of Chicago*,

    Defendants.

Civil Action No. 2577CV00816

## DEFENDANTS UNIVERSITY OF CHICAGO AND ELIZABETH SHANIN'S NOTICE OF MOTION TO DISMISS

Pursuant to Superior Court Rule 9E, Defendants University of Chicago and Elizabeth Shanin hereby give notice that they have, on this date, served a Motion to Dismiss and supporting Memorandum of Law on Plaintiff Peter Rumbin. In their Motion, the University and Shanin seeks dismissal of Rumbin's Complaint against them in its entirety.

                      Respectfully submitted,

                      [*signature block on next page*]

A TRUE COPY ATTEST
DEPUTY ASST. CLERK

UNIVERSITY OF CHICAGO and
ELIZABETH SHANIN

By their attorneys,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Cloherty & Steinberg LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

## CERTIFICATE OF SERVICE

I, Daniel J. Cloherty, hereby certify that on November 20, 2025, a copy of the foregoing pleading was served via first class mail upon:

Peter Rumbin
87 Second Street
Hamden, CT 06514

Katia Baltimore
188 Crocket Court
Orange, CT 06472

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty

2