Case 1:26-cv-10247-ADB   Document 14-7   Filed 02/18/26   Page 1 of 3

3

Antonio Calvagno, Esq.
c/o F.H. Cann & Associates, Inc
1600 Osgood St., Suite 3058
North Andover, MA 01845
Phone: 978.973.8593
Email: acalvagno@fhcann.com

FILED
ESSEX SUPERIOR COURT
2025 NOV 19 P 12: 04

**COMMONWEALTH OF MASSACHUSETTS**

**SUPERIOR COURT – ESSEX COUNTY**

PETER R. RUMBIN,

Plaintiff,

vs.

- **OFFICE OF THE GENERAL COUNSEL, US DEPT OF EDUCATION,**
- **MS. SHERI CANN, CEO, PRESIDENT, F. H. CANN & ASSOCIATES (NORTH ANDOVER, MASS),**
- **SCOTT BASSENT, DEPARTMENT OF THE US TREASURY,**
- **ELLEN R. PATTERSON, SENIOR EX. VP, GENERAL COUNSEL, WELLS FARGO & CO.,**
- **ELIZABETH SHAN IN, VP & GENERAL COUNSEL, UNIVERSITY OF CHICAGO,**
  Defendants

Case No.: **2577CV00816**

DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) For Failure to State a Claim Upon Which Relief Can Be Granted

A TRUE COPY ATTEST
DEPUTY ASS'T CLERK

NOW COMES the Defendant, F.H. Cann & Associates, Inc. ("FHC"), by and through its undersigned counsel, and respectfully moves this Honorable Court to dismiss Plaintiff's Complaint in its entirety pursuant to Mass. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted.

DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED - 1

Date Filed 11/24/2025 12:23 PM
Superior Court - Essex
Docket Number 2577CV00816

5

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

PETER R. RUMBIN,

     Plaintiff,

     v.

OFFICE OF THE GENERAL COUNSEL,
U.S. DEPARTMENT OF EDUCATION,
MS. SHERI CANN, CEO, PRESIDENT,
F.H. CANN & ASSOCIATES, SCOTT
BESSENT, DEPARTMENT OF THE U.S.
TREASURY, ELLEN R. PATTERSON,
SENIOR EX. V.P., GENERAL COUNSEL,
WELLS FARGO & CO., ELIZABETH
SHANIN, V.P. & GENERAL COUNSEL,
UNIVERSITY OF CHICAGO,

     Defendants.

SUPERIOR COURT DEPARTMENT

CIVIL ACTION NO. 2577CV00816

A TRUE COPY ATTEST

DEPUTY ASS'T. CLERK

## DEFENDANT ELLEN R. PATTERSON'S
## NOTICE OF MOTION TO DISMISS

Pursuant to Superior Court Rule 9E, Defendant Ellen R. Patterson, named in her capacity

as Executive Vice President & General Counsel of Wells Fargo & Co, hereby gives notice that she

has, on this date, served a Motion to Dismiss and supporting Memorandum of Law on Plaintiff

Peter Rumbin. In her Motion, Ms. Patterson seeks dismissal of Rumbin's Complaint against her in

its entirety.

1

Dated:  November 24, 2025

Respectfully submitted:

*/s/ Judah H. Rome*
Judah H. Rome
BBO# 695997
TROUTMAN PEPPER LOCKE LLP
One Financial Plaza
Suite 2800
Westminster Street
Providence, RI 02903
Phone: 401-276-6433
Email: judah.rome@troutman.com

*Attorneys for Defendant
Ellen R. Patterson*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I caused a true and accurate copy of the

foregoing to be sent via U.S. mail to the following:

Peter R. Rumbin
87 Second Street
Hamden, CT 06514

Katia Baltimore
188 Crocket Court
Orange, CT  06472

The foregoing was additionally served by email on all counsel of record.

*/s/ Judah H. Rome*
Judah H. Rome

2

322324533v1