| | SUMMONS | DOCKET NO.<br>2577CV 00816 | **Massachusetts Trial Court**<br>**Superior Court** |
|---|---|---|---|

| Peter R. Rumbin | Thomas H. Driscoll | CLERK OF COURTS |
|---|---|---|
| PLAINTIFF(S) | | |
| v. Dept of Treasury-Scott Bassent | Essex | COUNTY |
| DEFENDANT(S) | | |

**THIS SUMMONS IS DIRECTED TO** Scott Bassent Dept of the Treasury _____ (Defendant's name).

**You are being sued.** The Plaintiff(s) named above started a lawsuit against you. A copy of the Plaintiff(s)' Complaint filed against you is attached to the Summons, and the original Complaint has been filed in ESSEX _____ Superior Court.

### YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.

1. **You must respond to this lawsuit in writing within 20 days.**

   If you do not respond, the Court may decide the case against you and award the Plaintiff(s) everything requested in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff(s). **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

   To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer. You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business in ESSEX _____ Superior Court, by mail, in-person, or electronically through the web portal **www.eFileMA.com** if the Complaint was e-filed through that portal; or

   b) Delivering or mailing a copy of your response to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer, at the following address: Peter R. Rumbin, plaintiff pro se, 87 Second ST.,Hamden,Conn. 06514.

Ms. Katia Baltimore, sec't,188 Crocker Court,Orange, CT 06472
TEL:(203)-494-5229
email: KATIB5261@gmail.com.

A TRUE COPY, ATTEST

DEPUTY ASST. CLERK

FILED
ESSEX SUPERIOR COURT
2025 NOV 28 A 10:32

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the facts alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff(s), called counterclaims, that are based on the same facts or events described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff(s) about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

Another way to respond to a Complaint is by filing a "Motion to Dismiss" if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Massachusetts Rules of Civil Procedure, Rule 12.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

**www.mass.gov/law-library/massachusetts-superior-court-rules**

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot find or afford legal help, some basic information for self-represented litigants is available at: **www.mass.gov/courts/selfhelp**.

5. **Required Information on All Filings.**

The "DOCKET NO." appearing at the top of this Summons is the unique case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness: <u>Hon. Michael D. Ricciuti, Chief Justice</u>, on this date, _____ 7/30/25 _____ (Seal)

Clerk: <u>Thomas H. Driscoll, Jr.</u> _____

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS

I certify that on this date, _____, I served a copy of this Summons, together with a copy of the Complaint, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the

**Essex County Sheriff's Department , PO BOX 2019, Salem, MA 01970**

November 12, 2025

I hereby certify and return that on 10/27/2025 at 9:00 AM I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering via certified mailing (Tracking Number: 7008 1300 0000 4368 5344) to Scott Bassent Dept of the Treasury, 1500 Pennsylvania Avenue NW Washington, DC 20220 . Attestation fee ($10.00) Basic Service Fee ($20.00) Postage and Handling ($21.00) Copies ($25.75) Total: $76.75

*Kaylyn Pesaturo*

Deputy Sheriff  Kaylyn Pesaturo

DATE: _____

FILED
ESSEX SUPERIOR COURT
2025 NOV 28 A II: 32

| | DOCKET NO. | Massachusetts Trial Court |
|---|---|---|
| **SUMMONS** | 2577 CV 00816 | Superior Court |

Peter R Rumbin

**PLAINTIFF(S)**

v.

US Dept of EDUCATION et al

**DEFENDANT(S)**

| Thomas H. Driscoll | CLERK OF COURTS |
|---|---|
| Essex | COUNTY |

Office of General Counsel

THIS SUMMONS IS DIRECTED TO __US Dept of ED._____ (Defendant's name).

**You are being sued.** The Plaintiff(s) named above started a lawsuit against you. A copy of the Plaintiff(s)' Complaint filed against you is attached to the Summons, and the original Complaint has been filed in ____Essex_____ Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

   If you do not respond, the Court may decide the case against you and award the Plaintiff(s) everything requested in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff(s). **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

   To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer. You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business in __Essex_____ Superior Court, by mail, in-person, or electronically through the web portal **www.eFileMA.com** if the Complaint was e-filed through that portal; or

   b) Delivering or mailing a copy of your response to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer, at the following address: Peter R Rumbin, Plaintiff, pro se. 87 Second St, Hamden, CT 06514 Ms Katia Baltimore, sec't, 188 Crocker Court, Orange, CT 064 72 Tel (203)-494-5229 email: KATIB52612@GMAIL.COM

A TRUE COPY, ATTEST

DEPUTY ASST. CLERK

2025 NOV 28 A 11: FILED ESSEX SUPERIO...

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the facts alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff(s), called counterclaims, that are based on the same facts or events described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff(s) about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

Another way to respond to a Complaint is by filing a "Motion to Dismiss" if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Massachusetts Rules of Civil Procedure, Rule 12.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

**www.mass.gov/law-library/massachusetts-superior-court-rules**

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot find or afford legal help, some basic information for self-represented litigants is available at: **www.mass.gov/courts/selfhelp.**

5. **Required Information on All Filings.**

The "DOCKET NO." appearing at the top of this Summons is the unique case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness: <u>Hon. Michael D. Ricciuti, Chief Justice</u>, on this date, _____ 7/30/25 _____ (Seal)

Clerk: <u>Thomas H. Driscoll, Jr.</u> _____

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS



Essex County Sheriff's Department , PO BOX 2019, Salem, MA 01970

November 12, 2025

I hereby certify and return that on 10/27/2025 at 9:00 AM I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering via certified mailing (Tracking Number: 7008 1300 0000 4368 5337) to Office of General Counsel US Dept of ED., 400 Maryland Avenue SW Washington, DC 20202 . Attestation fee ($10.00) Basic Service Fee ($20.00) Postage and Handling ($21.00) Copies ($25.75) Total: $76.75

*Kaylyn Reed*

Deputy Sheriff  Kaylyn Pesaturo

ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON DEFENDANTS.

DATE: _____

FILED
ESSEX SUPERIOR COURT
2025 NOV 28  A 11:32

| **SUMMONS** | DOCKET NO.<br>25 77CV 00816 | **Massachusetts Trial Court**<br>**Superior Court** |
|---|---|---|

| Peter R. Rumbin<br>PLAINTIFF(S)<br><br>v.<br><br>F.H.Cann & Associates<br>DEFENDANT(S) | Thomas H. Driscoll<br><br>Essex | CLERK OF COURTS<br><br>COUNTY |
|---|---|---|

Ms. Sheri Cann, CEO,VPresident

**THIS SUMMONS IS DIRECTED TO** F.H.Cann & Associates _____ (Defendant's name).

You are being sued. The Plaintiff(s) named above started a lawsuit against you. A copy of the Plaintiff(s)' Complaint filed against you is attached to the Summons, and the original Complaint has been filed in _____ Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**
   If you do not respond, the Court may decide the case against you and award the Plaintiff(s) everything requested in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff(s). **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**
   To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer. You can do this by:
   a) Filing your **signed original** response with the Clerk's Office for Civil Business in ESSEX Superior Court, by mail, in-person, or electronically through the web portal **www.eFileMA.com** if the Complaint was e-filed through that portal; or
   b) Delivering or mailing a copy of your response to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer, at the following address: Peter R. Rumbin, Plaintiff, pro se,87 Second ST. Hamden,CT 06514.

MS. Katia Baltimore, Sec't,188 Crocker Court, Orange, CT 06472

   TEL:(203)-494-5229
   email: KATIB5261@Gmail.com

*(stamp, right margin)* FILED ESSEX SUPERIOR COURT 2025 NOV 28 A 11:32

A TRUE COPY ATTEST

DEPUTY ASS'T. CLERK

3.  **What to Include in Your Response.**

    An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the facts alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff(s), called counterclaims, that are based on the same facts or events described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff(s) about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

    Another way to respond to a Complaint is by filing a "Motion to Dismiss" if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Massachusetts Rules of Civil Procedure, Rule 12.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

    **www.mass.gov/law-library/massachusetts-superior-court-rules**

4.  **Legal Assistance.**

    You may wish to get legal help from a lawyer. If you cannot find or afford legal help, some basic information for self-represented litigants is available at: **www.mass.gov/courts/selfhelp**.

5.  **Required Information on All Filings.**

    The "DOCKET NO." appearing at the top of this Summons is the unique case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

    Witness: <u>Hon. Michael D. Ricciuti, Chief Justice</u>, on this date, _____7/30/25._____ . (Seal)

    Clerk: <u>Thomas H. Driscoll, Jr.</u> .

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

| SUMMONS | DOCKET NO.<br><br>2577 CV 00816 | Massachusetts<br>Trial Court<br>Superior Court |
|---|---|---|

| | |
|---|---|
| Peter R. Rumbin<br>PLAINTIFF(S)<br><br>v.<br>Wells Fargo Bank(& Company)<br>DEFENDANT(S) | Thomas H. Driscoll    CLERK OF COURTS<br><br>Essex                              COUNTY |

EllenR.Patterson,Senior EX. VP & Gen Counsel

**THIS SUMMONS IS DIRECTED TO** Wells Fargo & Co._____ (Defendant's name).

**You are being sued.** The Plaintiff(s) named above started a lawsuit against you. A copy of the Plaintiff(s)'
Complaint filed against you is attached to the Summons, and the original Complaint has been filed in
ESSEX_____ Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

   If you do not respond, the Court may decide the case against you and award the Plaintiff(s) everything
   requested in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond
   to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff(s). **If you need more time
   to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

   To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff(s)'
   attorney, or the Plaintiff(s) if they are not represented by a lawyer. You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business in Essex
   Superior Court, by mail, in-person, or electronically through the web portal **www.eFileMA.com** if the
   Complaint was e-filed through that portal; or

   b) Delivering or mailing a copy of your response to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are
   not represented by a lawyer, at the following address: Peter R. Rumbin,plaintiff,
   pro se, 87 Second ST.Hamden,CT 06514;

Ms. Katia Baltimore,sec't, 188 Crocker Court,Orange, CT 06472
TEL: (203)-494-5229
email: KATIB5261@gmail.com.

A TRUE COPY,ATTEST

DEPUTY ASS'T CLERK

FILED
ESSEX SUPERIOR COURT
2025 NOV 28 AT 10:32

3.  **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the facts alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff(s), called counterclaims, that are based on the same facts or events described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff(s) about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

Another way to respond to a Complaint is by filing a "Motion to Dismiss" if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Massachusetts Rules of Civil Procedure, Rule 12.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

**www.mass.gov/law-library/massachusetts-superior-court-rules**

4.  **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot find or afford legal help, some basic information for self-represented litigants is available at: **www.mass.gov/courts/selfhelp.**

5.  **Required Information on All Filings.**

The "DOCKET NO." appearing at the top of this Summons is the unique case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness: <u>Hon. Michael D. Ricciuti, Chief Justice</u>, on this date, _____ 7/30/25 _____ (Seal)

Clerk: <u>Thomas H. Driscoll, Jr.</u> _____.

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS

I certify that on this date, _____, I served a copy of this Summons, together with a copy of the Complaint, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):



Essex County Sheriff's Department , PO BOX 2019, Salem, MA  01970

November 12, 2025

I hereby certify and return that on 10/27/2025 at 9:00 AM I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering via certified mailing (Tracking Number: 7008 1300 0000 4368 5351) to Ellen R. Patterson, Senior EX. VP & Gen Counsel Wells Fargo & Co., 420 Montgomery Street San Francisco, CA 94104 .  Attestation fee ($10.00) Basic Service Fee ($20.00) Postage and Handling ($21.00) Copies ($25.75) Total: $76.75

*Kaylyn Pesaturo*

Deputy Sheriff  Kaylyn Pesaturo

FILED
ESSEX SUPERIOR COURT
2025 NOV 28  A  11: 32

| **SUMMONS** | DOCKET NO.<br><br>2577CV00816 | **Massachusetts Trial Court Superior Court** |
|---|---|---|

| Peter R. Rumbin | | |
|---|---|---|
| PLAINTIFF(S) | Thomas H. Driscoll | CLERK OF COURTS |
| **v.**<br> The University of Chicago | Essex | COUNTY |
| DEFENDANT(S) | | |

THIS SUMMONS IS DIRECTED TO — Elizabeth Shanin, Interim VP & Gen Counsel — U. Of Chicago _____ (Defendant's name).

**You are being sued.** The Plaintiff(s) named above started a lawsuit against you. A copy of the Plaintiff(s)' Complaint filed against you is attached to the Summons, and the original Complaint has been filed in ESSEX _____ Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

   If you do not respond, the Court may decide the case against you and award the Plaintiff(s) everything requested in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff(s). **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

   To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer. You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business in ESSEX Superior Court, by mail, in-person, or electronically through the web portal **www.eFileMA.com** if the Complaint was e-filed through that portal; or

   b) Delivering or mailing a copy of your response to the Plaintiff(s)' attorney, or the Plaintiff(s) if they are not represented by a lawyer, at the following address: Peter R. Rumbin,plaintiff, pro se, 87 Second St.Hamden,CT 06514.

Ms. Katia Baltimore,sec't, 188 Crocker Court,Orange, CT 06472

TEL (203)-494-5229
email: KATIB5261@Gmail.com

A TRUE COPY ATTEST

DEPUTY ASST. CLERK

ESSEX SUPERIOR COURT
2025 NOV 28 A 11:32
FILED

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the facts alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff(s), called counterclaims, that are based on the same facts or events described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff(s) about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

Another way to respond to a Complaint is by filing a "Motion to Dismiss" if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Massachusetts Rules of Civil Procedure, Rule 12.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

**www.mass.gov/law-library/massachusetts-superior-court-rules**

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot find or afford legal help, some basic information for self-represented litigants is available at: **www.mass.gov/courts/selfhelp.**

5. **Required Information on All Filings.**

The "DOCKET NO." appearing at the top of this Summons is the unique case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness: <u>Hon. Michael D. Ricciuti, Chief Justice</u>, on this date, _____7/30/25_____. (Seal)

Clerk: <u>Thomas H. Driscoll, Jr.</u>_____.

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

## PROOF OF SERVICE OF PROCESS

I certify that on this date, _____, I served a copy of this Summons, together with a copy of the Complaint, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

Essex County Sheriff's Department , PO BOX 2019, Salem, MA 01970

November 12, 2025

I hereby certify and return that on 10/27/2025 at 9:00 AM I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering via certified mailing (Tracking Number: 7008 1300 0000 4368 5320) to Elizabeth Shanin. Interim VP & Gen Counsel U. of Chicago. Edward H. Levi Hall 5801 S. Ellis Avenue Suite 619 Chicago, IL 60637 . Attestation fee ($10.00) Basic Service Fee ($20.00) Postage and Handling ($21.00) Copies ($25.75) Total: $76.75

*Kaylyn Reed*

Deputy Sheriff  Kaylyn Pesaturo

DATE: _____

FILED
ESSEX SUPERIOR COURT
2025 NOV 28 A 11: 32