Date Filed 12/10/2025 1:13 PM
Superior Court - Essex
Docket Number 2577CV00816

11.4

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                    SUPERIOR COURT DEPARTMENT

PETER RUMBIN,

    Plaintiff,

v.                                                            Civil Action No. 2577CV00816

OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION; SHERI CANN *in her official capacity as CEO and President of F.H. Cann & Associates*; SCOTT BASSENT *in his official capacity as Secretary of the Department of the U.S. Treasury*; ELLEN PATTERSON *in her official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.*; and ELIZABETH SHANIN, *in her official capacity as Interim Vice President and General Counsel of the University of Chicago*,

    Defendants.

## NOTICE OF FILING

Pursuant to Superior Court Rule 9A, Defendants the University of Chicago and Elizabeth Shanin (collectively, the "University") hereby give notice to all counsel of record that the following documents are being filed with the Court in the above-captioned case in connection with the University's Motion to Dismiss:

    1. The University's Motion to Dismiss

    2. The University's Memorandum in Support of Its Motion to Dismiss

    3. Rumbin's Opposition to the University's Motion to Dismiss

    4. The University's Reply in Support of Its Motion to Dismiss

    5. Certificate of Compliance with Rule 9C (appended to Motion to Dismiss)

A TRUE COPY ATTEST
DEPUTY ASST. CLERK

6. Certificates of Service (appended to each relevant document)

Respectfully submitted,

UNIVERSITY OF CHICAGO and
ELIZABETH SHANIN

By their attorneys,

/s/ Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Alexandra Arnold (BBO #706208)
aarnold@clohertyspteinberg.com
Cloherty & Steinberg LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

December 10, 2025

## CERTIFICATE OF SERVICE

I, Daniel J. Cloherty, hereby certify that on December 10, 2025, a copy of the foregoing pleading was served via first class mail upon:

Peter Rumbin
87 Second Street
Hamden, CT 06514

Katia Baltimore
188 Crocket Court
Orange, CT 06472

The foregoing was additionally served by email on all counsel of record.

/s/ Daniel J. Cloherty
Daniel J. Cloherty