# COMMONWEALTH OF MASSACHUSETTS

# SUPERIOR COURT – ESSEX COUNTY

Peter R. Rumbin,

    Plaintiff,

    vs.

- Office of the General Counsel, US Dept of Education;
- Sheri Cann, CEO and President of F. H. Cann & Associates;
- Scott Bassent, Department of the US Treasury;
- Ellen R. Patterson, Senior Ex. VP, General Counsel, Wells Fargo & Co.;
- Elizabeth Shanin, VP & General Counsel, University Of Chicago.

    Defendants

Civil Case No. 2577CV00816

**DEFENDANT SHERI CANN, PRESIDENT OF F.H. CANN & ASSOCIATES, INC.'S**

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

**For Failure to State a Claim Upon Which Relief Can Be Granted**

Pursuant to Superior Court Rule 9A, the Defendant, F.H. Cann & Associates, Inc. ("FHC"), by and through its undersigned counsel, respectfully moves this Honorable Court to dismiss Plaintiff's Complaint in its entirety pursuant to Mass. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted, as better detailed in the accompanying Memorandum of Law.

December 12, 2025.

\* Signature on the next page \*

A TRUE COPY ATTEST

DEPUTY ASST. CLERK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sheri Cann, President of F.H. Cann & Associates, Inc

By her attorney,

*/s/ Antonio Calvagno*
Antonio Calvagno (BBO 708180)
c/o F.H. Cann & Associates, Inc
1600 Osgood St., Suite 3058
North Andover, MA 01845
Phone: 978.973.8593
Email: acalvagno@fhcann.com
Antonio Calvagno, Esq.

## CERTIFICATE OF SERVICE

I, Antonio Calvagno, hereby certify that on December 12, 2025, a true copy of the above document was served via first class mail upon:

- PETER R. RUMBIN, 87 Second St., Hamden, CT 06514
- KATIA BALTIMORE, 188 Crocker Court, Orange, CT 06472

The above document was additionally served by email on all counsel of record.

                                         */s/ Antonio Calvagno*
                                         Antonio Calvagno

## CERTIFICATION PURSUANT TO SUPERIOR COURT RULE 9C

I hereby certify that on December 11, 2025, at 3:40 p.m., I made a good-faith attempt to confer with Plaintiff Peter Rumbin by telephone at (203) 494-5229 to narrow the areas of disagreement. I was unable to reach Mr. Rumbin or Ms. Baltimore at that time. Later that same day, at 8:47 p.m., Mr. Rumbin returned my call from (475) 321-3456; however, the parties were unable to reach any agreement.

                                         */s/ Antonio Calvagno*
                                         Antonio Calvagno