Date Filed 12/12/2025 3:31 PM
Superior Court - Essex
Docket Number 2577CV00816

13.2

# COMMONWEALTH OF MASSACHUSETTS

# SUPERIOR COURT – ESSEX COUNTY

| | |
|---|---|
| PETER R. RUMBIN,<br><br>Plaintiff,<br><br>vs.<br><br>• OFFICE OF THE GENERAL COUNSEL, US DEPT OF EDUCATION,<br>• MS. SHERI CANN, CEO, PRESIDENT, F. H. CANN & ASSOCIATES (NORTH ANDOVER, MASS),<br>• SCOTT BASSENT, DEPARTMENT OF THE US TREASURY,<br>• ELLEN R. PATTERSON, SENIOR EX. VP, GENERAL COUNSEL, WELLS FARGO & CO.,<br>• ELIZABETH SHAN IN, VP & GENERAL COUNSEL, UNIVERSITY OF CHICAGO,<br>Defendants | CIVIL ACTION NO. 2577CV00816 |



A TRUE COPY, ATTEST
DEPUTY ASS'T. CLERK

## NOTICE OF FILING

Pursuant to Superior Court Rule 9A, Defendant Sheri Cann, President of F.H. Cann & Associates, Inc. (FHC) hereby gives notice to all counsel of record that the following documents are being filed with the Court in the above-captioned case in connection with the FHC's Motion to Dismiss:

1. FHC's Motion to Dismiss

2. FHC's Memorandum in Support of its Motion to Dismiss

3. Certificate of Compliance with Rule 9C (appended to Motion to Dismiss)

CIVIL ACTION NO. 2577CV00816 - 1

Case 1:26-cv-10247-ADB   Document 14-16   Filed 02/18/26   Page 2 of 7

Date Filed 12/12/2025 3:31 PM
Superior Court - Essex
Docket Number 2577CV00816

4. Certificates of Service (appended to each relevant document)

Respectfully submitted,

Sheri Cann, President of F.H. Cann & Associates, Inc

By her attorney,

*/s/ Antonio Calvagno*

Antonio Calvagno (BBO 708180)
c/o F.H. Cann & Associates, Inc
1600 Osgood St., Suite 3058
North Andover, MA 01845
Phone: 978.973.8593
Email: acalvagno@fhcann.com

December 12, 2025

## CERTIFICATE OF SERVICE

I, Antonio Calvagno, hereby certify that on December 12, 2025, a true copy of the above document was served via first class mail upon:

- PETER R. RUMBIN, 87 Second St., Hamden, CT 06514

- KATIA BALTIMORE, 188 Crocker Court, Orange, CT 06472

The above document was additionally served by email on all counsel of record.

*/s/ Antonio Calvagno*
Antonio Calvagno

CIVIL ACTION NO. 2577CV00816 - 2

Date Filed 12/12/2025 4:10 PM  Case 1:26-cv-10247-ADB   Document 14-16   Filed 02/18/26   Page 3 of 7
Superior Court - Essex
Docket Number 2577CV00816

14

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT – ESSEX COUNTY

PETER R. RUMBIN,

    Plaintiff,

vs.

- OFFICE OF THE GENERAL COUNSEL, US DEPT OF EDUCATION,
- MS. SHERI CANN, CEO, PRESIDENT, F. H. CANN & ASSOCIATES (NORTH ANDOVER, MASS),
- SCOTT BASSENT, DEPARTMENT OF THE US TREASURY,
- ELLEN R. PATTERSON, SENIOR EX. VP, GENERAL COUNSEL, WELLS FARGO & CO.,
- ELIZABETH SHAN IN, VP & GENERAL COUNSEL, UNIVERSITY OF CHICAGO,

    Defendants

CIVIL ACTION NO. 2577CV00816

### DEFENDANT SHERI CANN, PRESIDENT OF F.H. CANN & ASSOCIATES, INC.'S NOTICE OF MOTION TO DISMISS

Pursuant to Superior Court Rule 9E, Defendant Sheri Cann, President of F.H. Cann & Associates, Inc. hereby gives notice that, on this date, she has served a Motion to Dismiss and supporting Memorandum of Law on Plaintiff Peter Rumbin.

In her Motion, Sheri Cann, President of F.H. Cann & Associates, Inc. seeks dismissal of Rumbin's Complaint against her in its entirety.

CIVIL ACTION NO. 2577CV00816 - 1

A TRUE COPY ATTEST

DEPUTY ASS'T. CLERK

1
2
          Respectfully submitted,

3
                                              Sheri Cann, President of F.H. Cann & Associates, Inc

4
5
                                              By her attorney,

6
                                              */s/ Antonio Calvagno*

7
8
                                              Antonio Calvagno (BBO 708180)
c/o F.H. Cann & Associates, Inc
9
1600 Osgood St., Suite 3058
North Andover, MA 01845
10
Phone: 978.973.8593
Email: acalvagno@fhcann.com
11
12
13  December 12, 2025
14
15
16
                              **CERTIFICATE OF SERVICE**

17
      I, Antonio Calvagno, hereby certify that on December 12, 2025, a true copy of the above
18  document was served via first class mail upon:

19  - PETER R. RUMBIN, 87 Second St., Hamden, CT 06514

20  - KATIA BALTIMORE, 188 Crocker Court, Orange, CT 06472

21
      The above document was additionally served by email on all counsel of record.
22
23
                                                */s/ Antonio Calvagno*
                                              Antonio Calvagno

24
25
26
27
28

CIVIL ACTION NO. 2577CV00816 - 2

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| ESSEX, ss. | SUPERIOR COURT DEPARTMENT |
| PETER R. RUMBIN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2577CV00816 |
| OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION, MS. SHERI CANN, CEO, PRESIDENT, F.H. CANN & ASSOCIATES, SCOTT BESSENT, DEPARTMENT OF THE U.S. TREASURY, ELLEN R. PATTERSON, SENIOR EX. V.P., GENERAL COUNSEL, WELLS FARGO & CO., ELIZABETH SHANIN, V.P. & GENERAL COUNSEL, UNIVERSITY OF CHICAGO, | |
| Defendants. | |

**DEFENDANT ELLEN R. PATTERSON'S**
**MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rules 8, 12(b)(2), and 12(b)(6) of the Massachusetts Rules of Civil Procedure, Defendant Ellen R. Patterson ("Ms. Patterson"), named in her capacity as Executive Vice President & General Counsel of Wells Fargo & Co., hereby moves this Court to dismiss Plaintiff Peter R. Rumbin's ("Plaintiff") Complaint. This Court does not have personal jurisdiction over Ms. Patterson. In addition, the Complaint fails to contain a short and plain statement of the claim showing that the pleader is entitled to relief and fails to state a claim upon which relief can be granted as to Ms. Patterson. Thus, the Complaint should be dismissed in its entirety as to Ms. Patterson, with prejudice.

322363769v1

1

A TRUE COPY, ATTEST
DEPUTY ASS'T. CLERK

WHEREFORE, Defendant Ellen R. Patterson respectfully requests that the Court issue an Order granting her Motion to Dismiss. The grounds for this motion are more fully set forth in the Memorandum of Law being contemporaneously filed herewith.

Dated:  November 24, 2025

Respectfully submitted:

/s/ Judah H. Rome
Judah H. Rome
BBO# 695997
TROUTMAN PEPPER LOCKE LLP
One Financial Plaza
Suite 2800
Westminster Street
Providence, RI 02903
Phone: 401-276-6433
Email: judah.rome@troutman.com

*Attorneys for Defendant
Ellen R. Patterson*

## CERTIFICATION PURSUANT TO MASSACHUSETTS SUPERIOR COURT RULE 9C

On November 20, 2025, Judah H. Rome, undersigned counsel for Defendant Ellen R. Patterson, attempted to contact Plaintiff Peter R. Rumbin via two separate email addresses, by telephone, and by US Mail in order to have a good faith conference with Mr. Rumbin to narrow areas of disagreement to the fullest extent possible. However, I was unable to reach Mr. Rumbin, and Mr. Rumbin never returned my phone call, emails, or letter.

/s/ Judah H. Rome
Judah H. Rome (BBO# 695997)

2

322363769v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I caused a true and accurate copy of the foregoing to be sent via U.S. mail to the following:

Peter R. Rumbin  
87 Second Street  
Hamden, CT 06514

Katia Baltimore  
188 Crocket Court  
Orange, CT 06472

The foregoing was additionally served by email on all counsel of record.

/s/ *Judah H. Rome*  
Judah H. Rome