UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER RUMBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE GENERAL COUNSEL, U.S. DEPARTMENT OF EDUCATION; SHERI CANN *in her official capacity as CEO and President of F.H. Cann & Associates*; SCOTT BASSENT *in his official capacity as Secretary of the Department of the U.S. Treasury*; ELLEN PATTERSON *in her official capacity as Senior Executive Vice President and General Counsel of Wells Fargo & Co.*; and ELIZABETH SHANIN, *in her official capacity as Interim Vice President and General Counsel of the University of Chicago*,<br><br>    Defendants. | Civil Action No. 1:26-cv-10247-ADB |

**NOTICE OF APPEARANCE**

    Please notice my appearance as counsel for Defendant Sheri Cann in the above-captioned case.

Respectfully submitted,

*/s/ Joseph P. Murphy*

Joseph P. Murphy (BBO #710673)
JP Murphy Law
101 Federal Street, Suite 1900
Boston, MA 02110
joe@jpmurphylaw.com
617-575-9764

Date: February 19, 2026

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on February 19, 2026, including:

Peter R. Rumbin
*Pro Se*
87 Second Street
Hamden, CT 06514

Joseph P. Murphy