COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT – ESSEX COUNTY

**Peter R. Rumbin**,

Plaintiff,

vs.

- Office of the General Counsel, US Dept of Education;
- Sheri Cann, CEO and President of F. H. Cann & Associates;
- Scott Bassent, Department of the US Treasury;
- Ellen R. Patterson, Senior Ex. VP, General Counsel, Wells Fargo & Co.;
- Elizabeth Shanin, VP & General Counsel, University Of Chicago.

Defendants

Civil Case No. 2577CV00816

**DEFENDANT SHERI CANN, PRESIDENT OF F.H. CANN & ASSOCIATES, INC.'S REPLY IN SUPPORT OF HER MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6)**
**For Failure to State a Claim Upon Which Relief Can Be Granted**

Pursuant to Superior Court Rule 9A, Defendant, Sheri Cann, President of F.H. Cann & Associates, Inc. ("FHC"), by and through its undersigned counsel, hereby submits this reply in support of her motion to dismiss Plaintiff's Complaint in its entirety pursuant to Mass. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted. As better explained below Plaintiff's Opposition fails to rebut any of the arguments detailed in Defendant's Motion to Dismiss and supporting Memorandum of Law.

1. **<u>Cease and desist of alleged unlawful seizure of property and monies</u>.**

In his opposition Plaintiff states "FHC did provide financial debt services between September 2014-November 2021". While this circumstance is undisputed, it does not support the claim to "cease and desist of alleged unlawful seizure of property and monies". As acknowledged by Plaintiff, FHC has not performed DOE collections since November 2021, therefore it lacks any present ability to seize Plaintiff's property or funds. The claim is moot and no relief can be granted by the Court.

2. **Return of all monies allegedly seized, with interest.**

In his opposition Plaintiff states "FHC collected funds and profited from its collection activities." Once again, Plaintiff does not (and cannot) claim FHC holds any funds belonging to him.

3. **Court order preventing further taking of funds or property.**

In his opposition Plaintiff states "Such a court order would prevent FHC from any further collection activities against the plaintiff." As noted in our Memorandum in support of the motion to dismiss, an injunction against future takings by FHC is inappropriate and moot. FHC has not engaged in any collection activity on behalf of DOE since termination of the contract in November 2021 and thus has no ability or authority to take any funds from Plaintiff.

4. **Reimbursement of legal fees.**

In his opposition Plaintiff states "FHC was collecting upon a predatory lending debt that was dismissed in 1990." FHC worked on accounts assigned by its client, the DOE, between September 2014 and November 2021. Plaintiff is misdirecting his claim and does not allege any wrongful conduct by FHC that would justify reimbursement of legal fees.

5. **Counterclaims under predatory lending and consumer protection laws.**

As noted in our Memorandum is support of the motion to dismiss, FHC is not a lender and acted solely as a collection agency under its DOE contract. Any lending allegations or "predatory practices" theories are misdirected and cannot support claims against FHC.

**CONCLUSION**

For the foregoing reasons, and for those better detailed in FHC's Memorandum of Law, Defendant respectfully requests that this Court **dismiss Plaintiff's Complaint in its entirety with prejudice** pursuant to Mass. R. Civ. P. 12(b)(6).

Respectfully submitted,

December 18, 2025

    Sheri Cann, President of F.H. Cann & Associates, Inc

    By her attorney,

    */s/ Antonio Calvagno*
    Antonio Calvagno (BBO 708180)
    c/o F.H. Cann & Associates, Inc
    1600 Osgood St., Suite 3058
    North Andover, MA 01845
    Phone:    978.973.8593
    Email:    acalvagno@fhcann.com

**CERTIFICATE OF SERVICE**

I, Antonio Calvagno, hereby certify that on December 18, 2025, a true copy of the above document was served via first class mail upon:

- PETER R. RUMBIN, 87 Second St., Hamden, CT 06514

- KATIA BALTIMORE, 188 Crocker Court, Orange, CT 06472

The above document was additionally served by email on all counsel of record.

                                                 */s/ Antonio Calvagno*
                                                 Antonio Calvagno