**COMMONWEALTH OF MASSACHUSETTS**

**SUPERIOR COURT – ESSEX COUNTY**

**PETER R. RUMBIN**,

             Plaintiff,

vs.

- **OFFICE OF THE GENERAL COUNSEL, US DEPT OF EDUCATION,**
- **MS. SHERI CANN, CEO, PRESIDENT, F. H. CANN & ASSOCIATES (NORTH ANDOVER, MASS),**
- **SCOTT BASSENT, DEPARTMENT OF THE US TREASURY,**
- **ELLEN R. PATTERSON, SENIOR EX. VP, GENERAL COUNSEL, WELLS FARGO & CO.,**
- **ELIZABETH SHAN IN, VP & GENERAL COUNSEL, UNIVERSITY OF CHICAGO,**
             Defendants

CIVIL ACTION NO.  2577CV00816

**NOTICE OF FILING**

      Pursuant to Superior Court Rule 9A, Defendant Sheri Cann, President of F.H. Cann & Associates, Inc. (FHC) hereby gives notice to all counsel of record that the following documents are being filed with the Court in the above-captioned case in connection with the FHC's Motion to Dismiss:

1.  FHC's Notice of Motion to Dismiss

2.  FHC's Motion to Dismiss

3.  FHC's Memorandum in Support of its Motion to Dismiss

CIVIL ACTION NO.  2577CV00816 - 1

4.  Certificate of Compliance with Rule 9C (appended to Motion to Dismiss)

5.  Plaintiff's Objection to FHC's Motion to Dismiss

6.  FHC's reply to Plaintiff's Objection to Motion to Dismiss

7.  Certificates of Service (appended to each relevant document)

Respectfully submitted,

Sheri Cann, President of F.H. Cann & Associates, Inc

By her attorney,

*/s/ Antonio Calvagno*

Antonio Calvagno (BBO 708180)
c/o F.H. Cann & Associates, Inc
1600 Osgood St., Suite 3058
North Andover, MA 01845
Phone: 978.973.8593
Email: acalvagno@fhcann.com

December 18, 2025

**CERTIFICATE OF SERVICE**

I, Antonio Calvagno, hereby certify that on December 18, 2025, a true copy of the above document was served via first class mail upon:

-   PETER R. RUMBIN, 87 Second St., Hamden, CT 06514

-   KATIA BALTIMORE, 188 Crocker Court, Orange, CT 06472

The above document was additionally served by email on all counsel of record.

*/s/ Antonio Calvagno*
Antonio Calvagno

CIVIL ACTION NO.  2577CV00816 - 2