Feb 24, 2026
Notice to the Clerk of the Court
Essex Superior Court and US District Court-Boston, Mass
RE: Rumbin,P vs US Depts of ED & Treasury, Wells Fargo Bank,
U. of Chicago, & F,H.Cann & Assoc.(Defs)

Plaintiff is sick with the flu and cannot respond to any more pleadings at this time.

Plaintiff will appear in Essex Superior Court, Lawrence, Mass on March 10, 2026 at 2 PM in this case.

Finally, plaintiff requests that court assign legal counsel to assist plaintiff because legal counsel, Ira B. Grudberg, Esq. died and plaintiff is pro se.

If you have questions, please leave a message with secretary, Ms. Katia Baltimore, 188 Crocker Court, Orange, CT. TEL#: (203)-494-5029.

    Very truly yours,
    Peter Rumbin, plaintiff, pro se
(87 Second ST
Hamden, CT 06514)
cc.