

RECEIPT

**Greenwich Pharmacy**
116 Greenwich Ave., Greenwich, CT 06830 • Phone (203) 661-2721

Rx#:723848     Date Filled: 2/20/2026

RUMBIN, PETER
87 SECOND ST
HAMDEN CT 06514
(203)804-5757

ZITHROMAX TAB 250MG
NDC: 00069-4061-01

Dr. MONGILLO, F

REFILLS: 0     Due: $256.20
Qty: 6
Plan: C

SAT
1) Feb 21  5:30 PM  ②
2) SUN 22  6 PM
3)
4)
5)

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE.

RECEIPT

**Greenwich Pharmacy**
116 Greenwich Ave., Greenwich, CT 06830 • Phone (203) 661-2721

Rx#:723848     Date Filled: 2/20/2026

RUMBIN, PETER
87 SECOND ST
HAMDEN CT 06514
(203)804-5757

ZITHROMAX TAB 250MG
NDC: 00069-4061-01

Dr. MONGILLO, F

REFILLS: 0     Due: $256.20
Qty: 6
Plan: C

If you have a concern that an error may have
occured in the dispensing of your prescription
you may contact the Department of Consumer
Protection Drug Control Division by calling
1-800-842-2649

THIS IS YOUR RECEIPT. PLEASE RETAIN
FOR YOUR TAX OR INSURANCE.