2026 MAR 10 AM 11:46

March 5th, 2026, Thursday
Hon. Judge Allison Burroughs,    1:26-cv-10247-
Clerk of the Court
US District Court-Boston,Mass                           ADB
1 Courthouse Way, Boston, Mass. 02210
RE: Rumbin,Peter vs Bassat, et al
Previously case in Essex  Mass Superior Court Civil
Civil No. 2577CV00816

Dear Clerk of the Court:
    This case was set down for a hearing scheduled for March 10, at 2 PM in Lawrence, Mass. Clerk now informs me that csse has been moved to Federal Court in Boston.  Plaintiff had diled an objection to this removal with the court.IT is unfair and unreasonable to delay this case now in Federal Court when it was going to be heard in Essex superior Court. Judge has already denied the defendants motions to dismiss twice and we were going to hold a hearing and settle this matter.
    This  legal matter has been ongoing since 1989-1990 when the plaintiff- defendant at the time was sued for student loans.US Depts of Ed and Treasury lost this suit by stipulated agreement of the parties dismissed with prejudice against them-- a court order signed by a federal judge--Warren Eginton,Briegeport, CT. Suit commenced in Chicago,ILL.
    Defendants lost the class action suit Sweet deVos(Cardola) and plaintiff won this class action suit with Harvafd Law School et al. Plaintiff won Borrower defense application discharging the debt ordered by the General Counsel of the US Dept of ED. The plaintiff does not wish to undertake another 15 years of litigation in Federal court since 2011 and from 1980 to today.
    What does the plaintiff have to do now? When will another hearing be held? What does the plaintiff have to file? Lastly, court must appoint legal counsel to assist plaintiff because Ira B. Grudberg, ESQ died last year who was representing plaintiff since 1980-.This is pro bono assignment.
    Why did you move this case? No one from this court has contacted me nor my secretary. Please advise me as to what must be done now.
    Very truly yours,
    Peter R. Rumbin, 87 Second ST,Hamden,CT 06514
Ms. Katia Baltimore,secretary
188 Crocker Court
Orange, CT 06472
TEL (203)--494--5229
cc.