**Connex**
Banking for your possibilities

PO BOX 477 - NORTH HAVEN, CT 06473-0477



HARTFORD CT 060
6 MAR 2026 PM 1 L

Clerk of Court + Hon Judge Allison Burroughs
U S DISTRICT COURT - Boston
1 Court House Way
Boston, Mass 02210

SCREENED USMS

02210-300475

H-4 11/23