UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PETER R. RUMBIN
        *Plaintiff,*

  *v.*

SCOTT BESSENT, *in his official capacity as Secretary of the Treasury, et all.,*

        *Defendants*

Case NO.: 1:26-cv-10247-ADB

## OBJECTION TO MOTION TO DISMISS

1. Plaintiff's objection to the defendants' motions to dismiss have been denied twice and as soon plaintiff has time, he shall frame another response utilizing information sent to him by the court. Furthermore, plaintiff is seeking legal representation.

2. First and foremost, the plaintiff, Peter R. Rumbin, plaintiff with legal counsel Ira B. Grudberg won this student loan case in 1990 by stipulated agreement of the parties dismissed with prejudice against them, a signed court order signed by presiding Judge Warren W. Eginton, (US District Court, Bridgeport, CT.) who held hearings and reviewed evidence in this same student loan case against the defendants. The US Attorney Christine Sciarrino signed this agreement in 1990 before Judge Eginton(See dismissal order). These defendants never sought to modify or appeal this court order ever. The defendants never won their case in court with hearings before a fair judge.

3. The plaintiff won the class action suit: Sweet vs Cardona (Sweet vs DeVos) Ira Gridberg Esq counsel of record with Harvard Law School et al as part of the borrower defense program and predatory lending settlement in US District Court, Northern District of Cal. San Francisco. The plaintiff won his borrower defense application from the General

Counsel of the US Dept. of Ed (Washington, DC) in 2025.and these debts were discharged. Hence the defendants have lost their case in court three times and they are guilty of predatory lending, fraud and embezzlement of the PELL/BEOG funds.

4. Finally, the SCOTUS decision Plaut vs Spendthrift Farm denies the US Government the right and power to enact new laws to circumvent a judge's ruling and thus "resort to self-help in order to do an end run around a judge's ruling" in this case a court order issued by Judge Eginton in 1990. These defendants are prohibited by res judicata, estoppel and laches from ever seeking legal action against the plaintiff for these loans in any court in the United States of America.

5. The US Government is barred from trying to hide from its responsibilities to compensate the plaintiff for damages and legal costs by claim immunity from justice. In fact, the US Dept of Treasury has already admitted its malfeasance by returning all of the funds that it had seized from the plaintiff from 2011 to 2025. Note that the US Depts. Of Ed and Treasury offset plaintiff's social security and left him with on $750/ month and in 2024 the defendants offset 100 percent of the plaintiff's funds and cancelled medical insurance for four months in their "Claw Back" program. The time has arrived for the defendants to pay the plaintiff for damages and legal costs from 1980 to the present. The compensation sought from the US Depts of ED and Treasury, U. of Chicago, Ellen R. Patterson, Ex V-P, Wells Fargo and F.H. Cann & Associates is money. It is the only compensation that they can provide to the plaintiff besides beginning to correct his destroyed credit worthiness.

6. Ellen R. Patterson, Ex V-P, Wells Fargo & CO. is their legal counsel and their "agent Of Service" and acts on behalf of Wells Fargo so she is responsible for the misconduct of the

2

Wells Fargo Bank and its associates. Wells Fargo enriched itself with the predatory lending financial aid paradigm used by itself and the colleges. So she is responsible for the misconduct of the Wells Fargo Bank or who is? Doe the Wells Fargo Bank operate by itself? No. Its conduct is directed by its EX. V-P and legal counsel so she is held accountable for the banks misconduct and greed. Wells Farg has paid huge sums in fines for its predatory lending practices and it shall pay this plaintiff huge compensation for its destructive avarice of needs students like the plaintiff in order to enrich itself and Ms. Patterson.

7. The defendants were served by the Massachusetts sheriff, and the clerk of the court confirms that the sheriff served the defendants appropriately.

8. This case will be heard in Mass Essex Superior Court in Laurence, Mass on March 10th at 2 PM.

9. (Repeated from previous pleadings in objection to motion to move case to US District Court so that the Essex Superior Court may read what plaintiff sent to this court).This legal matter was won by stipulated agreement of the parties dismissed with prejudice against the US Depts of Ed and Treasury in 1990, a signed court order from Hon. Judge Warren Eginton (US District Court, Bridgeport, CT.) Furthermore, the US Attorney Christine Sciarrino signed this agreement. The SCOTUS case Plaut vs Spend Thrift Farm bars the US Government from making an end run around the previous judge's ruling by later changing the laws.

10. Recently, the plaintiff won the class action suit Sweet vs Cardona (2024/2025) (Sweet vs DeVos) that Ira Grudberg, Esq was a party to for the plaintiff along with Harvard Law

3

School legal services et al. for predatory lending- borrower defense program settled in US District Court (Northern District of California-San Francisco).

11. The plaintiff won the borrower defense application-predatory lending application in 2025, and the debts were discharged by the General Counsel of the US Dept of ED in Washington, DC.

12. The defendants are barred by res judicata, estoppel, laches etc. from ever pursuing the plaintiff in Federal or state court for these debts, monies or property.

13. In 2025, the US Depts. Of Treasury and Education enforced a "Claw Back" of 100 percent of the plaintiff's money and medical insurance for four months but subsequently returned these funds.

14. Court is directed to SCOTUS writ of certiorari (Jan 2020) and with President Joe Biden for a full exegesis of the case printed by the Boston Supreme Court case.

15. Defendants did not engage in any litigation when Grudberg was alive and represented the plaintiff but are now feeling emboldened to attack the pro se plaintiff because legal counsel died.

16. US District Court must issue a cease-and-desist order against the defendants and order the defendants to pay legal costs and damages for the 48 years of troubles and expenses that they caused with their predatory lending, fraud and embezzlement.

17. For all the above case law and affirmed judgements in favor of the plaintiff for the student loan matters the US Attorney Michael Fitzgerald and the US Depts of Education, Treasury and Justice and Ms. Ellen Patter, Ex V-P Wells Fargo and F.H. Cann & Associates are barred from ever pursuing this student loan case and the plaintiff. Peter R. Rumbin, pro se ever again in any court of the United States of America.

4

18. WHEREFORE, the Plaintiff herby objects to the repeated motion to dismiss in Federal

Court and Essex Superior Court in Lawrence, Mass. and that its a Court should deny defendants motion to dismiss just as Essex S. Court has done twice.

Count ). The defendants cannot return to Federal Court again. .

Defendants have lost case three times; blocked by res judicata estoppel, and latches

March 20, 2026

RESPECTFULLY SUBMITTED,
PETER R. RUMBIN
PRO SE PLAINTIFF
C/O KATIA BALTIMORE
SECRETARY
188 CROCKER COURT ORANGE, CT 06477

## CERTIFICATE OF SERVICE

I certify that this document will be served upon all parties through there counsel at the following addresses:

Leah B. Foley, Michael F Fitzgerald

U.S. Attorney's Office, 1 Courthouse Way, Suite 920 Boston MA 02210 (617) 478-3266

Sheri Cann, Antonio Calvagno Esq.

58 Bailey court, Haverhill MA, 01832

Ellen R. Peterson, Judah Herzl Rome Esq.

Troutman Pepper Locke LLP, 2800 Financial Plaza, Providence RI 02903

Elizabeth Shanin, Alexandra Arnold Esq., Daniel Cloherty Esq.

Cloherty and Steinberg LLP

One Financial Center, Suite 1120, Boston MA 02111

Peter R Rumbin

Pro se Plaintiff