26-10247 ADB

May 13,2026, Wednesday
Clerk of the Court
US District Court=Massachusetts(Boston)
1 Courthouse Way
Boston,Mass. 02210;TEL(617)-748--9152

Dear Clerk of the Court:

My civil case was transferred to the US District Court from the Mass. Superior Court in Lawrence, Mass. by the defendnats. A court hearing was scheduled in Superior Court but never took place because the case was transferred to this court by the US Attorney in Boston, Mass.

I have not heard anything further from the court. I did file an objection to the defendants motion to dismiss this case. The Mass Spperior Court twice denied the defendants requests to dismiss this case befor it. I won this case in 1990 by stupulated agreement of the parties dismissed with prejudice against them. Plaintiff won his class action suit Sweet vs Cordola(Sweetvs DeVos) and the borrower defense application issued by the General Counsel of the UD Dept of Education in Washington,DC. Plaintiff is seeking damages and legal costs. Ira B. Grudberg,Esq, represented the plaintiff until his death last year. Grudberg filed two writ of certiorari to SCOTUS,one with President Joe Biden. Harvard Law School predatory lending project won this case with several other legal organizations with Attorney Alan Dershurwitz(Harvard Law School). Ira and Alan both graduated from Yale Law School and knew each other.

I have not found anyone else to represent me but if someone would appear pro bono, please ask him or her to contact me. Please let me know what if anything I am expected to do. Please aknowledge that you received my UPS answer to the defendants motion to dismiss. I have tried to telephone your office but no one answers the telephone. I appreciates you time and assistance in these matters.

Very truly yours,
Peter R.Rumbin
87 Second Street
Hamden,Conn. 06514

---

Ms. Katia Baltimore,188 Crocker Court, Orange,CT
TEL Messages: (203)-494-5229
cc.
RE:  Rumbin,Peter VS US Dept of Ed,Treasury, Wells Fargo Bank, U. of
      Chicago, F.H. Cann & Associates,Andover, Mass.