May 20th,2026

Clerk of the Court
US District Court,Massachusetts
1 Courthouse Way, ste 2300            Peter R. Rumbin vs Scott Bassent, et al
Boston,mass. 02210--3004   RE: case #: 1:26-cv-10247-ACB

Dear Clerk of the Court:
      My student loan case was transferred to US District Court
from Massachusetts Superior Court in Lawrence, Mass.  A hearing
was scheduled for the Superior Court case but the case was
transferred to this court before the hearing could be held.

      The General Counsel of the US Dept of Education In Washington,DC
has discharged the debts and refunded all of the offset funds
thuss acknowledging its error.  Ira B. Grudberg,esq represented
me in this case, as well as the initial case in 1989-90 where
we won the case by stipulated agreement of the parties dismissed
with prejudice against them(US Dept of Ed & Treasury & U. of
Chicago). Grudberg also won the case in the class action suit
Sweet vs DeVos(Sweet vs Cordola) with Harvard Law school et al
and he also filed two writ of certiorari to SCOTUS one with
President Joe Biden. So the defendants have no hope of ever
winning their case in any court in the USA.

      I need some help from the court and these defendants.  MY
credit score is "zero" because of the student loan stuff on the
internet credit reporting organizations: Equifax, Transunion,
Experion credit reporting authority.  I need to ask that my
account be frozen and that my credit be cleared of all damaging
reporting from these defendants. I cannot obtain a credit card,
nor can I qualify for a home mortgage so I cannot purchase a
house. Furthermore, employers and schools can access my credit
scores and reports for hiring and admissions. So these defendants
are harming me in many ways and for many years.  It is time for
this to stop and for them to pay damages and legal costs.
    Unfortunately Ira Grudberg died last year so I am pro se unless
a lawyer will appear pro bono.
    Very truly yours,
    Peter R. Rumbin
87 Second ST.
Hamden,CT 06514
secretary: Ms. Katia Baltimore,188 Crocker Court, Orange,CT
Tel 203-494-7229 messages.                        06477
cc.
PS Objection to Motion To Dismiss  sent by UPS 3/20/26;
3389788. Did you receive it?