June 3,2026
 Honorable Judge Allison Burroughs
U S District Court__Boston,Mass.
1 Courthouse WAY
Boston,Mass 02210

Peter R. Rumbin,plaintiff vs Scott Bessent et al.
case no. 26-cv-10247-ADB

Dear Honorable judge Allison Burroughs:
    The plaintiff respectfully requests a hearing on this
case to restore plaintiff's credit, remove derogatoy comments,
contact credit reporting authority, freeze the account and
whatever must be done to restore plaintiff's credit ; present
score is "zero". The defendants are being vindictive in
destroying plaintiff's credit score with all of its negative
ramifications.
    Award damages for  the many years of disruption caused
by the defendants and legal costs spanning from 1980 through
to the present. Plaintiff was sued in 1989-1990 and this
litigation must conclude.  I have won the student loan case
three times and the defendants must stop their ongoing
jurisprudence.  The General Counsel of the US Dept of Education
has discharged these debts and the defendants were found
guilty of predatory lending. The US Attorney must conce de
defeat and pay me for the years of litigation and harm done
to my person now. Fifteen years have been wasted on this
matter which was won in 1989-1990. All the defendants ignored
the court order of Judge Warren Eginton.
    Please let me know when I can meet with you to discuss
this matter. I look forward to hearing from you.  Attorney
William Dow is alive; he is the surviving partner of Jacobs,
Grudberg, Belt and Dow.  I requested that he appear with me
but I do not know whether he will honor this request and stand
in for Ira Grudberg,Esq who died last year and represented me
since 1980 until his death.  He was admitted to all courts and
was a Yale Law School classmate of Alan Dershowitz at Harvard
Law School.
        Very truly yours,
        Peter R.Rumbin , plaintiff, prose
87 Second Street
Hamden,Conn. 06514          Ms. Katia Baltimore,secretary
cc.                         188 Crocker Court
                            Orange, Conn. 06477
                            TEL#:(203)-494-5229



Peter R. Rumdin
87 Second Street
Hamden, Conn. 06514

HARTFORD CT 060

5 JUN 2026 PM 2 L

Honorable Judge Allison Burroughs
US District Court-Boston
1 Courthouse Way
Boston, Mass. 02210

usa
forever