**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**Peter R. Rumbin**
Plaintiff

      V.

**Scott Bessent et al**
Defendants

CIVIL ACTION

NO  1:26-cv-10247-ADB

**ORDER OF DISMISSAL**

Burroughs, D. J.

      In accordance with the Court's electronic Order dated July 22, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

July 22, 2026                              /s/ Caetlin McManus
Date                                   Deputy Clerk