UNITED STATES APPEALS COURT
FIRST CIRCUIT COURT OF APPEALS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2024 AUG -3 P 12 30

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**Peter R. Rumbin**
    Plaintiff
        V.

**Scott Bessent et al**
    Defendants

CIVIL ACTION

NO. 1:26-cv-10247-ADB

## NOTICE TO THE COURT NOTICE TO APPEAL ORDER OF DISMISSAL

In accordance with Rule 4 Appeal in a Civil Case, the plaintiff hereby notices the US Appeals Court that the plaintiff will file an appeal of Honorable Judge Allison D. Burroughs memorandum and order of dismissal to follow within 30 days.

Respectfully submitted:
Peter R. Rumbin, Plaintiff, Pro Se
87 Second Street, Hamden, CT 06514

## CERTIFICATION

It is hereby certified that a copy of the notice to appeal was filed with the US First Circuit Court of Appeals by US Mail and a copy was sent to all defendants on July 31st, 292026 by US mail.

Judah H. Rome, Troutman, Pepper, & Locke, One Financial Plaza, Westminster Street, Suite 2800, Providence, RI 02903

Michael L. Fitzgerald, Assistant U.S. Attorney, U>S>Attorney's Office, Courthouse Way, Ste. 9200, Boston, Mass. 02210

Alexandra Arnold, Cloherty & Steinberg, 33 Arch Street, Suite 3105, Boston, Mass. 02110

Joseph Murphy, JP Murphy Law, 101 Federal Street, Suite 1900, Boston, Mass. 02110



Peter R Rumbin
87 Second St
Hamden, CT 06514

9589 0710 5270 3641 2971 40

US Appeals Court - First Circuit
Clerk of the Court
US Courthouse
1 Courthouse Way
Boston, Mass 02210

USMS Screened

U.S. POSTAGE PAID
FCM LETTER
MILFORD, CT 06460
JUL 31, 2026
$11.02

Retail

UNITED STATES
POSTAL SERVICE

RDC 99

02210

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**