OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

August 11, 2026

Robert M. Farrell, Clerk
U.S. District Court for the District of Massachusetts
1 Courthouse Way, Ste 2300
Boston, MA  02210

　　　Re:　Rumbin v. Bessent, et al.
　　　　　Civil No. 26-10247-ADB

Dear Clerk Farrell:

　　　Enclosed please find a Notice of Appeal, filed in the court of appeals on August 3, 2026, by Peter R. Rumbin. I am transmitting the notice of appeal to you for docketing as of the date it was received in this court pursuant to Fed. R. App. P. 4(d) and Fed. R. App. P. 24(a)(1).  Please treat this notice as a duplicate if this pleading has already been filed in your court.

　　　　　　　　　Sincerely,

　　　　　　　　　Anastasia Dubrovsky, Clerk