# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:     Rumbin v. Bessent et al

District Court Number:     1:26-cv-10247-ADB

Fee:    Paid?   Yes _____   No  X    Government filer _____   *In Forma Pauperis* Yes _____   No  X

Motions Pending          Yes _____ No  X          Sealed documents          Yes _____ No  X
*If yes, document #*     _____          *If yes, document #*     _____

*Ex parte* documents     Yes _____ No  X          Transcripts          Yes _____ No  X
*If yes, document #*     _____          *If yes, document #*     _____

Notice of Appeal filed by: Plaintiff/Petitioner  X     Defendant/Respondent _____   Other: _____

Appeal from:

## 27 Memorandum & ORDER, 28 Order Dismissing Case
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## 27 Memorandum & ORDER, 28 Order Dismissing Case, 30 NOA
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _30_____ filed on 8/3/2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/12/2026_____.

**ROBERT M. FARRELL**
Clerk of Court

 /s/ Caetlin McManus
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**